**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DOMAIN OF SCIENCE LTD,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-12338

Judge Edmond E. Chang

Magistrate Judge Heather K. McShain

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | GYGFA |