AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-12338 | DATE FILED<br>10/7/2026 | |
| PLAINTIFF<br>Domain of Science Ltd | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | L. Janica | 11/12/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-643**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** The Map of Mathematics

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 01, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051508

---

**Correspondence:** Yes


THE MAP OF MATHEMATICS
FOUNDATIONS
FUNDAMENTAL RULES
MATHEMATICAL LOGIC
CONSISTENT SET OF AXIOMS?
NOPE
GÖDEL INCOMPLETENESS THEOREMS
SET THEORY
CATEGORY THEORY
THEORY OF COMPUTATION
P≠NP?
COMPLEXITY THEORY
CARDINAL NUMBERS
ALEPH NULL
OCTONION
QUATERNION
a+bi+cj+dk
PI
EXPONENTIAL
COMPLEX NUMBERS
3, i, 4+3i, -4i
PRIME NUMBERS
1,3,11,907
INFINITY
REAL NUMBERS
RATIONAL NUMBERS
NUMBER THEORY
INTEGERS
...-2,-1,0,1,2...
NATURAL NUMBERS
1,2,3,4,5...
ARITHMETIC
COMBINATORICS
PARTITION THEORY
TREE
GRAPH THEORY
LINEAR ALGEBRA
NUMBER SYSTEMS
GROUP THEORY
ORDER THEORY
MEASURE THEORY
FACTORS OF 30
PERMUTATION GROUP
MATRICES
ALGEBRA
EQUATION
VECTORS
STRUCTURES
PURE MATHEMATICS
SPACES
CHANGES
ORIGINS
COUNTING
PERSIA c.820
INDIA c.628
ALGEBRA
c.1730 MATHEMATICAL NOTATION
FIRST ZERO
NEGATIVE NUMBERS
EGYPT FIRST EQUATION 3000 BCE
CHINA 200 BCE
GREECE 600-300 BCE
50,000 BCE
TOPOLOGY
MÖBIUS STRIP
DIFFERENTIAL GEOMETRY
1 HOLE (GENUS 1)
MANDELBROT SET
COMPLEX ANALYSIS
FRACTAL GEOMETRY
PYTHAGORAS
GEOMETRY
TRIGONOMETRY
CALCULUS
DIFFERENTIAL
GRADIENT
INTEGRAL
AREA
DYNAMICAL SYSTEMS
FLUID FLOW
BUTTERFLY EFFECT
CHAOS THEORY
ECOSYSTEMS
VECTOR CALCULUS
DIFFERENTIAL EQUATIONS
CRYPTOGRAPHY
ENCRYPT
DECRYPT
PUBLIC KEY
PRIVATE KEY
COMPUTER SCIENCE
TURING MACHINE
MACHINE LEARNING
CAT
PROBABILITY
OPTIMIZATION
BAYES' RULE
P(A|B) = P(B|A)P(A) / P(B)
STATISTICS
MATHEMATICAL FINANCE
GAME THEORY
ECONOMICS
APPLIED MATHEMATICS
NUMERICAL ANALYSIS
ENGINEERING
CONTROLLER
SYSTEM
SENSOR
CONTROL THEORY
MATHEMATICAL PHYSICS
MATHEMATICAL CHEMISTRY
THEORETICAL PHYSICS
BIOMATHEMATICS
BY DOMINIC WALLIMAN © 2022 YOUTUBE DOMAIN OF SCIENCE

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-599**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Map of Computer Science

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 06, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051502

---

**Correspondence:** Yes


MAP OF COMPUTER SCIENCE
COMPUTATIONAL COMPLEXITY
DOES P≠NP?
PSPACE
NP COMPLETE
NP
BQP
P
INFORMATION THEORY
COMPRESSION
ERROR CORRECTION
CODING THEORY
ENTROPY
PARITY CHECKING
CRYPTOGRAPHY
PUBLIC KEY
ALL THE SECRETS
PRIVATE KEY
MONITOR
SOUND
HARDWARE
SSD
GPU
RAM
INPUT
POWER
CPU
MOTHERBOARD
SCHEDULING
SCHEDULER
MULTIPROCESSING
COMPUTER ARCHITECTURE
CPU
INPUT
OUTPUT
GPU
MULTIPROCESSORS
MEMORY UNIT
FPGA
LOGIC BLOCK
INTERCONNECTION
INPUT/OUTPUT
SWITCH BOX
CONNECT BLOCK
THEORETICAL COMPUTER SCIENCE
COMPUTABILITY THEORY
TURING MACHINE
ALAN TURING
STATE REGISTER
INFINITELY LONG TAPE
HEAD
LAMBDA CALCULUS
DATA STRUCTURES
LINKED LIST
TREE
GRAPH
STACK
LIST
HASHING
FORMAL METHODS
POSSIBLE STATES
START
COMPUTER ENGINEERING
SOFTWARE AND PROGRAMMING LANGUAGES
PYTHON
JAVASCRIPT
PERL
PHP
SWIFT
SQL
JAVA
C#
C++
C
ASSEMBLY
WEB APPS
BROWSER
APPLICATIONS
OPERATING SYSTEM
BIOS
SILICON
MACHINE CODE
COMPILER
COMPILERS
ALGORITHMS
BUBBLE SORT
MERGE SORT
ANALYSIS OF ALGORITHMS
ALGORITHMIC COMPLEXITY
LOGIC
GRAPH THEORY
COMPUTATIONAL GEOMETRY
AUTOMATA THEORY
QUANTUM COMPUTATION
AND MORE
PARALLEL PROGRAMMING
MAIN JOB
SMALLER JOBS
SOFTWARE ENGINEERING
FORMAL METHODS
UNIT TESTING
VERSION CONTROL
OBJECT ORIENTED DESIGN
OPERATING SYSTEMS
iOS
macOS
NETWORKING
DATA MANAGEMENT
DATABASES
SQL
DATACENTRES
PERFORMANCE
COMPUTER ANALYSIS
BENCHMARKING
OPTIMISATION
FINANCE
AMAZON WAREHOUSE
BOOLEAN SATISFIABILITY
(SAT)
SUPER COMPUTING
MACHINE LEARNING
SUPERVISED
UNSUPERVISED
NEURAL NETWORK
CAT
REINFORCEMENT
COMPUTER GRAPHICS
IT'S SO REAL!!
COMPUTATIONAL SCIENCE
COMPUTATIONAL PHYSICS
NUMERICAL ANALYSIS
BIOINFORMATICS
COMPUTATIONAL CHEMISTRY
HACKING
ARTIFICIAL INTELLIGENCE
A.I.
ROBOTICS
COMPUTER VISION
FIND THE HUMANS
APPLICATIONS
VIRTUAL REALITY
SIMULATION
BIG DATA
NATURAL LANGUAGE PROCESSING
CHATBOTS
-HEY
HELLO THERE-
-ARE U A ROBOT?
YES-
WAIT, I MEAN NO-
-PROVE IT!
CALCULATING...-
I MADE YOU CAKE-
TELEPRESENCE
AUGMENTED REALITY
HUMAN COMPUTER INTERACTION
SCONES
TEA
FLOUR
BUTTER
BIRTHDAY
CAKE
FOOD
BACON
CELEBRATION
PANCAKE
BREAKFAST
IMAGE PROCESSING
KNOWLEDGE REPRESENTATION
YOUTUBE
DOMAIN OF SCIENCE
MAP OF COMPUTER SCIENCE
INTERNET OF THINGS
BY DOMINIC WALLIMAN ©2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-652**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** The Map of Quantum Physics

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 10, 2020
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051511

**Correspondence:** Yes


DOMAIN OF SCIENCE
THE MAP OF QUANTUM PHYSICS
BY DOMINIC WALLIMAN © 2020
PRE-QUANTUM MYSTERIES
ATOMIC SPECTRA
BLACKBODY RADIATION
THE STABLE ATOM
PHOTOELECTRIC EFFECT
RADIOACTIVITY
QUANTUM FOUNDATIONS
THE WAVE FUNCTION
PARTICLE-WAVE DUALITY
THE BORN RULE
INTERFERENCE PATTERN
DOUBLE SLIT EXPERIMENT
THE SCHRÖDINGER EQUATION
THE DIRAC EQUATION
THE HEISENBERG UNCERTAINTY PRINCIPLE
DEFINITE POSITION
DEFINITE MOMENTUM
BELL'S THEOREM
CORRELATION
ENERGY QUANTIZATION
COPENHAGEN
WAVE
PARTICLE
THE MEASUREMENT PROBLEM
PILOT WAVE
INTERPRETATIONS OF QUANTUM MECHANICS
MANY WORLDS THEORY
CONSISTENT HISTORIES
QBISM
AND MANY OTHERS...
TRANSACTIONAL INTERPRETATION
STOCHASTIC INTERPRETATION
QUANTUM DARWINISM
COSMOLOGICAL INTERPRETATION
ALTERNATIVE COLLAPSE
QUANTUM GRAVITY
M-THEORY
STRING THEORY
LOOP QUANTUM GRAVITY
QUANTUM PHENOMENA
QUANTUM SPIN
PARTICLE PROPERTIES
SUPERPOSITION
QUANTUM NUMBERS
ENTANGLEMENT
SCHRÖDINGER'S CAT
DECOHERENCE
QUANTUM TUNNELING
QUANTUM HALL EFFECT
SUPERCONDUCTIVITY
SUPERFLUIDITY
PHASE TRANSITIONS
CASIMIR EFFECT
TOPOLOGICAL PHASE TRANSITIONS
ZERO-POINT ENERGY
QUANTUM THEORY
POSTULATES (PARAPHRASED)
1. WAVE FUNCTION DETERMINES EVERYTHING
2. ALL OBSERVABLES HAVE OPERATORS
3. OBSERVABLES ARE HERMITIAN
4. EIGENFUNCTIONS OF OPERATORS ARE INDEPENDENT
5. EXPECTATION VALUE INTEGRAL
6. TIME DEPENDENT SCHRÖDINGER EQUATION
PATH INTEGRALS
QUANTUM FIELD THEORY
SYMMETRIES
HILBERT SPACE
PARTICLE PHYSICS
QUANTUM CHROMODYNAMICS
STRONG FORCE
ELECTROWEAK INTERACTIONS
ELECTROMAGNETISM + WEAK FORCE
QUANTUM ELECTRODYNAMICS
QUANTUM INFORMATION
QUANTUM CRYPTOGRAPHY
QUBITS
QUANTUM COMPUTING
QUANTUM SIMULATION
QUANTUM TELEPORTATION
QUANTUM COMMUNICATION
QUANTUM INTERNET
QUANTUM COMPLEXITY COMPUTATIONAL COMPLEXITY
FEYNMAN DIAGRAMS
THE STANDARD MODEL OF PARTICLE PHYSICS
QUARKS
THE HIGGS BOSON
GAUGE BOSONS
LEPTONS
ANTI-MATTER
PROTON
ANTI-PROTON
PARTICLE ACCELERATORS
MAGNETIC RESONANCE IMAGING
NUCLEAR MAGNETIC RESONANCE IMAGING
SOLID STATE DEVICES
BAND THEORY OF SOLIDS
QUANTUM TECHNOLOGY
CONDENSED MATTER PHYSICS
LIGHT EMITTING DIODES
SUPERCONDUCTING MAGNETS
S.Q.U.I.D.S
JOSEPHSON JUNCTION
TRANSISTORS
LASERS
CHARGE-COUPLED DEVICES
ATOMIC CLOCKS
ELECTRON MICROSCOPES
SCANNING TUNNELING MICROSCOPES
ATOMIC FORCE MICROSCOPES
SOLAR PANELS
QUANTUM BIOLOGY
PHOTOSYNTHESIS
BIRD NAVIGATION
SENSE OF SMELL
ENZYMES
COLD ATOM PHYSICS
DEGENERATE ULTRACOLD GASES
DEGENERATE FERMI GAS
BOSE-EINSTEIN CONDENSATE
RYDBERG MATTER
QUANTUM CHEMISTRY
ELECTRONIC STRUCTURE
MOLECULAR DYNAMICS
QUANTUM MONTE CARLO METHODS
NUCLEAR PHYSICS
NUCLEAR FISSION
NUCLEAR FUSION
RADIOACTIVE DECAY
ALPHA DECAY
BETA DECAY
GAMMA DECAY

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-608**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Map of Fundamental Particles

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 30, 2021
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051503

**Correspondence:** Yes


MAP OF FUNDAMENTAL PARTICLES
THE STANDARD MODEL
FERMIONS
QUARKS
LEPTONS
UP
CHARM
TOP
DOWN
STRANGE
BOTTOM
ELECTRON
MUON
TAU
ELECTRON NEUTRINO
MUON NEUTRINO
TAU NEUTRINO
GLUON
PHOTON
Z BOSON
W BOSON
GAUGE BOSONS
HIGGS BOSON
SCALAR BOSON
CONSERVATION LAWS
ENERGY
LINEAR MOMENTUM
ANGULAR MOMENTUM
CHARGE
COLOR
LEPTON NUMBERS
BARYON NUMBER
WEAK FORCE
PARITY
ISOSPIN Z COMPONENT
TIME REVERSAL
STRANGENESS
CHARGE CONJUGATION
ELECTROMAGNETIC FORCE
ISOSPIN MAGNITUDE
STRONG FORCE
FIELD INTERACTIONS
INTERACT WITH THE ELECTROMAGNETIC FIELD
INTERACT WITH THE STRONG FIELD
INTERACT WITH THE WEAK FIELD
INTERACT WITH THE HIGGS FIELD
ALL THE FUNDAMENTAL PARTICLES
STANDARD MODEL INTERACTIONS
X IS ANY FERMION IN THE STANDARD MODEL
X IS ELECTRICALLY CHARGED
L IS A LEPTON AND V IS THE CORRESPONDING NEUTRINO
X IS ANY QUARK
X IS A PHOTON OR Z-BOSON
U IS AN UP-TYPE QUARK D IS A DOWN-TYPE QUARK
X AND Y ARE ANY TWO ELECTROWEAK BOSONS SUCH THAT CHARGE IS CONSERVED
BY DOMINIC WALLIMAN © 2021 | YOUTUBE | DOMAIN OF SCIENCE

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-635**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** The Map of Chemistry

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 16, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051506

**Correspondence:** Yes


THE MAP OF CHEMISTRY
TYPES OF REACTION
SYNTHESIS
DECOMPOSITION
SINGLE REPLACEMENT
DOUBLE REPLACEMENT
REACTIONS
REDOX REACTION
SODIUM (REDUCING) AGENT
CHLORINE (OXIDISING) AGENT
ACIDS AND BASES
pH
BASE 14
NEUTRAL 7
ACID 0
SODIUM HYDROXIDE
PURE WATER
HYDROCHLORIC ACID
ORGANIC MOLECULES MOSTLY MADE FROM A SMALL SET OF ATOMS
PLUS SOME OTHERS
CARBON
HYDROGEN
OXYGEN
NITROGEN
PESTICIDES
FERTILISERS
ORGANIC CHEMISTRY
FLAVOURINGS
FRAGRANCES
PROTEINS
MOLECULAR BIOLOGY THIS WAY
EXAMPLE
METHANE
2xOXYGEN
CARBON DIOXIDE
2xWATER
KINETICS
CONSERVATION OF MASS AND ENERGY
NO ENERGY OR MASS IS CREATED OR DESTROYED JUST CONVERTED
RULES OF CHEMISTRY
REVERSIBLE REACTION
EQUILIBRIUM
CONCENTRATION
REACTANT
PRODUCT
CARBON-HYDROGEN BOND
PLASTICS
LUBRICANTS
CARBOHYDRATES
BIOMOLECULES
WATER
IRON
FROM SIMPLE TO COMPLEX
DNA
ORGANOMETALLIC CHEMISTRY
BIOCHEMISTRY
CHEMISTRY OF LIFE
LIPIDS
DRUGS
PENICILLIN
FERROCENE
NUTRITION
TRANSFUSION MEDICINE
CATALYSTS
$V_2O_5$
AGRICULTURE
ENERGY
POTASSIUM IODIDE (CATALYST)
HYDROGEN PEROXIDE
NEED ENERGY TO START REACTION
PHASES
HIGH PRESSURE LOW TEMPERATURE
LOW PRESSURE HIGH TEMPERATURE
SOLID
LIQUID
GAS
DIFFRENT KINDS OF BONDING
COVALENT BOND
IONIC BONDING
HYDROGEN BONDING
VAN DER WAALS BONDING
MIXTURES
CAKE
AIR
CRYSTAL
UNIT CELL
MEDICINE
INORGANIC CHEMISTRY
...EVERYTHING ELSE
AREAS OF CHEMISTRY
ANALYTICAL CHEMISTRY
FLUIDS
DETERGENTS
MADE BY HUMANS
COATINGS
PIGMENTS
MASS SPECTROMETRY
MAGNET
CHROMATOGRAPHY
WATER
$H_2O$
NOT BURNY OR EXPLODY
HYDROGEN
OXYGEN
BURNY*
EXPLODY
*OXYGEN DOESN'T BURN, BUT IT IS USED WHEN OTHER THINGS BURN.
CHEMICAL COMPOUNDS
$H_2O$ WATER
$CO_2$ CARBON DIOXIDE
$NH_3$ AMMONIA
FUELS
NEW MATERIALS
EMULSIFIERS
PRECIPITATION
MYSTERY SUBSTANCE
DRUGS
ORIGINS
FERTILISER
METALWORKING
PLASTICS
FABRICS
MATERIALS
FIRE
SMELTING
GLASS
$H_2$ HYDROGEN
$O_2$ OXYGEN
SIMILAR CHEMICAL PROPERTIES
MATTER
THE PERIODIC TABLE
ELECTRON
AN ATOM
PROTON
NEUTRON
PHYSICAL CHEMISTRY
MATERIALS SCIENCE
COMPUTATIONAL CHEMISTRY
THEORETICAL CHEMISTRY
ENERGY
TIME
MOTION
FORCE
THERMODYNAMICS
ELECTRO-CHEMISTRY
FEYNMAN DIAGRAMS
QUANTUM CHEMISTRY
THEORETICAL PHYSICS
PHYSICS THIS WAY
BY DOMINIC WALLIMAN © 2017
YOUTUBE: DOMAIN OF SCIENCE: THE MAP OF CHEMISTRY

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-649**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** The Map of Physics

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 30, 2016
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051509

**Correspondence:** Yes


MAP OF PHYSICS
CLASSICAL PHYSICS
LAWS OF MOTION
LAW OF UNIVERSAL GRAVITATION
ISAAC NEWTON
ORBITS
GRAVITY
PRISM
CALCULUS
OPTICS
MICROSCOPE
TELESCOPE
ASTROPHYSICS
COSMOLOGY
CLASSICAL MECHANICS
REFLECTION
REFRACTION
WAVES
DIFFRACTION
TRANSVERSE
LONGITUDINAL
FLUID MECHANICS
FLOW
LIFT
AERODYNAMICS
ELECTRIC FIELDS
MAGNETIC FIELDS
JAMES CLERK MAXWELL
ELECTROMAGNETISM
ELECTRICITY
LIGHT
CHAOS THEORY
THERMODYNAMICS
ENERGY
HEAT
TEMPERATURE
ENTROPY
RELATIVITY
CONSTANT SPEED OF LIGHT
ALBERT EINSTEIN
GENERAL THEORY OF RELATIVITY
SPACETIME
SPECIAL THEORY OF RELATIVITY
TIME
SPACE
E=mc²
QUANTUM FIELD THEORY
QUANTUM ELECTRO DYNAMICS
ATOMIC THEORY
CONDENSED MATTER PHYSICS
QUANTUM INFORMATION
LASERS
COMPUTERS
QUANTUM PHYSICS
DOMINIC WALLIMAN © 2019
THE STANDARD MODEL
PARTICLE PHYSICS
FISSION
FUSION
NUCLEAR PHYSICS
NIELS BOHR
MAX PLANCK
WERNER HEISENBERG
ERWIN SCHRÖDINGER
AND OTHERS
YOUTUBE - DOMAIN OF SCIENCE - MAP OF PHYSICS
PHILOSOPHY
PHILOSOPHY OF SCIENCE
FREE WILL
HOW COME?
NATURE OF REALITY
JUST...WHY?
THE CHASM OF IGNORANCE
THE FUTURE
QUANTUM GRAVITY
STRING THEORY
LOOP QUANTUM GRAVITY
DARK ENERGY
DARK MATTER
AND MANY MORE

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-814**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
July 24, 2025

## Title

**Title of Work:** Map of Biology

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 09, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051501


MAP OF BIOLOGY
PALEONTOLOGY
EVOLUTIONARY BIOLOGY
BOTANY
ZOOLOGY
ASTROBIOLOGY
MARINE BIOLOGY
POPULATION GENETICS
GENETICS
PUNNETT SQUARE
ANATOMY
DEVELOPMENTAL BIOLOGY
ECOLOGY
GROUPS
ENVIRONMENTAL BIOLOGY
BIOMATHEMATICS
GENE
mRNA
PROTEIN
BIOINFORMATICS
ORGANISMS
BIOMECHANICS
CELLULAR BIOLOGY
PHYSIOLOGY
EPIDEMIOLOGY
BIOMEDICAL RESEARCH
BIOCHEMISTRY
QUANTUM BIOLOGY
THYMINE
ADENINE
GUANINE
CYTOSINE
IS IT ALIVE?
IMMUNOLOGY
INSIDE CELLS
BIOTECHNOLOGY
MEDICINE
PATHOLOGY
MOLECULAR BIOLOGY
BIOPHYSICS
STRUCTURAL BIOLOGY
BIOENGINEERING
PHARMACOLOGY
NEUROSCIENCE
SYNTHETIC BIOLOGY
DNA

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Domain of Science Ltd

Plaintiff,

v.

Case No.: 1:26−cv−12338
Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2026:

MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice. If the Plaintiff refiles the claim against the same Defendant, then the Plaintiff must note on the Civil Cover Sheet that it is a refiling of a previously dismissed case. Status hearing of 11/13/2026 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.